**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :     No. 356 MAL 2018

        Respondent        :

                          :     Petition for Allowance of Appeal from
                          :     the Order of the Superior Court

        v.                   :

                          :

JEROME MICHAEL DERNS,        :

                :

        Petitioner         :

## ORDER

**PER CURIAM**

     **AND NOW**, this 28th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.